

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00493-CV

**CITY OF LAREDO**,
Appellant

v.

Ramiro **RODRIGUEZ**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2023CVF001029D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's July 15, 2024 "Order Denying Plea to the Jurisdiction" is REVERSED. Judgment is RENDERED for appellant City of Laredo granting the plea to the jurisdiction and dismissing the case for lack of jurisdiction.

Costs of this appeal are assessed against appellee Ramiro Rodriguez.

SIGNED June 11, 2025.

_____
Lori Massey Brissette, Justice